# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY BROOKS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

Case No.: 3:19-cv-00332-MMD-WGC

**Order**

Plaintiff is an inmate in the custody of the Nevada Department of Corrections (NDOC), housed at Ely State Prison (ESP). He filed his original complaint against President Donald J. Trump, asserting a violation of the Freedom of Information Act (FOIA) by the Department of Justice (DOJ). (ECF No. 1-1.)

On July 19, 2019, the court issued an order directing Plaintiff to file an application to proceed in forma pauperis (IFP) or pay the $400 filing fee, and also directed him to file an amended complaint naming the correct defendant, i.e., the DOJ. (ECF No. 4.)

Plaintiff filed an amended complaint naming the DOJ on August 5, 2019 (ECF No. 6); however, he has not yet filed an application to proceed IFP or paid the $400 filing fee. The court will give Plaintiff one more opportunity to do so.

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for an inmate. Plaintiff has **21 days** from the date of this Order to file the completed IFP application or pay the $400 filing fee. If Plaintiff fails to do so, this action will be dismissed without prejudice and the case will be administratively closed. If Plaintiff does timely file the IFP application or pays

the filing fee, the court will issue a summons for service on the DOJ through the U.S. Marshals Service.

**IT IS SO ORDERED**.

Dated: August 6, 2019.

_____
William G. Cobb
United States Magistrate Judge