# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY BROOKS,

    Plaintiff

v.

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant

Case No.: 3:19-cv-00332-MMD-WGC

**Order**

The Clerk shall **ISSUE** a FOIA summons for the United States Department of Justice (DOJ), and serve the DOJ by sending a copy of the summons, the amended complaint (ECF No. 17) and this Order by certified mail to the Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave., N.W., Room 4400, Washington D.C. 20530; and deliver the summons, a copy of the complaint, and this Order to the U.S. Marshal for service to the United States Attorney's Office at 400 S. Virginia Street, Suite 900, Reno, Nevada 89501. The DOJ shall serve an answer or other responsive pleading to the amended complaint within **30 days** absent a court order for good cause shown. 5 U.S.C. § 552(a)(4)(C).

**IT IS SO ORDERED**.

Dated: December 27, 2019

                                                          William G. Cobb
                                                          United States Magistrate Judge